WAKE COUNTY BOARD OF EDUCATION
TEN-MONTH CONTRACT FOR ASSISTANT PRINCIPAL

1. TERM OF APPOINTMENT: The Wake County Board of Education ("Board") hereby employs, and **Scott Lassiter** ("employee") hereby accepts employment as a ten-month assistant principal in the Wake County Public Schools for a term commencing **July 1, 2021 and** ending **June 30, 2025.** If, during the term of this contract, the assistant principal's months of employment change from ten to eleven or twelve months, that change is considered a temporary, special duty pursuant to N.C.G.S. 115C-325(a)(4) and any return to a ten-month position is at the sole discretion of the school system and not a demotion as defined by law.

2. LICENSURE: The employee certifies that he/she holds, or is qualified to hold, the appropriate licensure that will allow him/her to act in his/her position as an assistant principal and will continue to maintain this licensure through the term of this contract.

3. DUTIES AND RESPONSIBILITIES: The employee, during the term of his/her employment agrees to perform faithfully all those duties imposed on him/her by the laws of the United States and the State of North Carolina, and by the Board of Education, the Superintendent and his/her supervisors. It is agreed that this contract does not create any right or interest in any particular duty, responsibility or position.

4. COMPENSATION: For services rendered pursuant to this contract, the employee shall be paid in accordance with the State Salary Schedule and any applicable local supplement in accordance with the administrator's placement on the local salary scale.

5. BENEFITS: The employee shall receive leave and other benefits in accordance with State law and regulations and local Board policy.

6. CONTRACT RENEWAL: This contract may be renewed as provided by law.

7. DISMISSAL OR DEMOTION: During the term of this contract, the employee may not be dismissed or demoted except as allowed by G.S. 115C-325. Demotion includes a reduction in compensation or transfer to a new position carrying a lower salary or suspension without pay to a maximum of 60 days, but not the elimination of a special or extra duty and the accompanying salary. Any extra pay arising from an assistant principal's assignment to a year-round school is considered special duty pay and the elimination of this pay in the event of a transfer to a traditional school is not a demotion. Notwithstanding any other provision of this contract, the employee accepts that any salary decreases established by the Governor, General Assembly or by operation of law, or any reductions in the local supplement established by the Board, are not considered a demotion.

8. TRANSFER: During the term of this contract, the employee may be transferred to another position in the school system in the sole discretion of the Board and/or the Superintendent. Transfer of the employee is not a transfer to a lower paying position, and thus not a demotion, if the employee's salary is maintained at the previous salary amount.

9. RESIGNATION: The employee shall give 60 calendar days' prior written notice to the Superintendent of his/her intent to resign during the term of the Contract or his/her intent not to seek renewal of this contract.

10. CAREER STATUS: In consideration for the compensation and benefits provided in this Contract, the employee relinquishes any existing rights to career status as a school administrator (i.e., assistant principal, principal, supervisor or director) or teacher.

11. MODIFICATION: This Contract may be modified or amended with the written consent of the Board and the employee. All terms are subject to modification or amendment unless otherwise provided by law.

12. SAVINGS CLAUSE: If, during the term of this contract, it is found that a specific clause of this contract is illegal under federal or state law, the remainder of the contract not affected by such a ruling shall remain in force.

This the 1st day of June 2021.

_____________________(SEAL)
Employee

WAKE COUNTY BOARD OF EDUCATION

By: _____________________(SEAL)
Board Chairman

The Seal of the Wake County Board of Education, Cary, North Carolina, Committed to Excellence, est. 1976

Attest: _____________________
Superintendent