**Fw: Suspension You May Hear About...**

Janet Perkins _ Staff - ConnectionsAcademyMS <jlperkins@wcpss.net>
Fri 9/6/2024 1:07 PM
To:Jerry Griffith _ Staff - HumanResources <jgriffith@wcpss.net>

As you requested.

Janet Roberts Perkins
***Principal***
Connections Academy
1280 Buck Jones Road
Raleigh, NC 27616
(919) 694-8910 ext 26207

Conquerors

---

**From:** Scott Lassiter _ Staff - ConnectionsAcademyMS <slassiter@wcpss.net>
**Sent:** Wednesday, May 22, 2024 10:55 AM
**To:** Jonathan Enns _ Staff - SouthwestWakeCo <ennsj@wcpss.net>
**Cc:** Janet Perkins _ Staff - ConnectionsAcademyMS <jlperkins@wcpss.net>
**Subject:** Suspension You May Hear About...

Greetings:

Each of you may hear about this suspension. Mother is quite upset about her student being restrained in the course of breaking up a fight. Keeping you in the loop. Mother and I had a more productive conversation than expected but she definitely wants her "pound of flesh" from me so I expect you will both hear about it.

From ECATS narrative:

My'Kyah attempted to force entry into a classroom she was not assigned in order to engage in a physical altercation with a peer. She refused to listen to redirections f staff. Naveahya and My'Kyah made threats of physical harm towards each other. My'Kyah beat loudly on the door and had to be restrained by BST Dickerson and AP L as she attempted to enter the room to fight Naveahya. Naveahya had to be held back by her teacher and IA. AP Lassiter and BST Dickerson took MyKyah to the couns office. She continued making threats towards the student and demanding to get to her. She continually pulled on the door even though it was being blocked by AP La and BST Dickerson. After several moments of this and understanding that My'Kyah was not going to settle down AP Lassiter and BST Dickerson gave My'Kyah the opti step outside of the building. She refused and continued trying to get to Naveahya. Instead of allowing this to happen BST Dickerson and AP Lassiter, under considerab physical stress from restraining My'Kyah, told My'Kyah she needed to go outside. Both holding her arms in a CPI hold the two escorted My'Kyah outside. Once outsid again aggressively began trying to regain entry to the building by kicking forcefully on the glass. Cary Police were called for assistance. My'Kyah proceeded to the bacl where she kicked it and did damage to the door frame. When MyKyah's mother arrived her her son (who she brought with her) attempted to fight AP Lassiter and ha handcuffed and put in the back of a police car. Mom also indicated, as she was leaving, that AP Lassiter needs to "watch out, cross all his t's and dot all his i's, and tha MyKyah's father was coming for him so he should watch his back." The origin of the conflict came from a video of My'Kyah having sex in a public park with a 19 year c has been sent amongst various students.

Exhibit
B