**WAKE COUNTY**
**PUBLIC SCHOOL SYSTEM**

*Anthony J. Muttillo, Ed.D.*
*Assistant Superintendent*
*Human Resources*
Crossroads III
111 Corning Rd., Ste. 250
Cary, NC 27518

tel: (919) 533-7196
fax: (919) 589-6456

September 5, 2024

**VIA EMAIL**

Scott Lassiter
209 Ronaldsby Drive
Cary, NC 27511
slassiter@wcpss.net

Dear Mr. Lassiter:

I am writing to inform you that I am suspending you with pay effective today. This action is being taken pursuant to N.C. General Statutes Chapter 115C-287.1. I believe that cause may exist for your dismissal as an Assistant Principal for several of the reasons specified in N.C. General Statutes §115C-325.4, but that additional investigation of the facts is necessary and that these circumstances justify your immediate suspension.

You are not to return to work until further notice. In addition, you are not to be on the property of Connections Academy or any school/facility in the Wake County Public School System or at any school event during your suspension unless it is scheduled through my office. Finally, during the period of suspension, you are to make no contact with any students, staff, or parents of our school system without permission from my office.

You are reminded that while you are on suspension with pay, you are required to be available during your normal work hours for meetings or other purposes as dictated by my office or your supervisor, including, but not limited to, completing tasks as requested to support the operations of the school. Please note that if your time on suspension with pay overlaps with any calendar-mandated leave days or any pre-approved leave days (including but not limited to vacation, personal, sick or non-paid leave), your suspension with pay will be replaced by the appropriate leave days.

This action is being taken as a result of alleged negative physical interaction with a student.

A copy of this letter will be placed in your personnel file after five (5) days.

Sincerely,

Anthony J. Muttillo, Ed.D.
Assistant Superintendent
Human Resources
*Superintendent's Designee*

c: Board of Education
Dr. Robert Taylor, Superintendent
Janet Perkins, Principal—Connections Academy
Kendra D. Hill, Senior Director of Employee Relations
Perry Aaron, Senior Administrator for Investigations – Employee Relations
Personnel File—Scott Lassiter (Employee ID 147753)

**Exhibit C**