## DECLARATION OF ANTHONY DICKERSON

1. My name is Anthony Dickerson. I am over 18 years of age and fully competent to execute this Declaration. I am a resident of Raleigh, North Carolina. The facts in this Declaration are true and correct based on my personal knowledge.

2. I currently serve as a Behavior Support Specialist for Connections Academy Middle School. I have held this role since 2016. Many of the students at Connections Academy have behavioral problems, and we as staff have to be prepared to deal with episodes of disruptive and violent behavior. However, the violent behavior exhibited by Ms. Smith (the "Student") on May 22, 2024, is among the most violent outbursts that I have seen in my many years working as a teacher.

3. In the morning of May 22, 2024, I was in the Common Area observing the students going to class, when I saw the Student have a verbal altercation with the another female student (the "Victim"). I saw Assistant Principal Scott Lassiter attempt to verbally de-escalate the situation, and the Student turned and began to walk away. Then, suddenly, the Student turned back around and started sprinting after the Victim, screaming profanity and threatening to kill her. I was certain that if I did not physically intervene, the Student would seriously injure the Victim or worse.

4. I caught the Student as she was running through the Common Area chasing after the Victim, and I physically restrained her so that she could not attack. Mr. Lassiter was there on the scene and helped me. Our first goal was to escort the Student to the Counselor's Office, where we hoped that the Student would cool down. However, she vigorously resisted during the walk to the Counselor's Office. In fact, when we arrived at the Counselor's Office, she gripped the sides of the doorway, attempting to escape our restraint and resume her attack on the Victim. All the while she was continuing to scream and shout threats against the Victim, leaving me with no doubt

about what she intended to do if we released her.

5. While we were in the Counselor's Office, the Student continued to behave in a verbally aggressive and combative manner. She would not calm down and resisted my attempts to de-escalate. She continued to try to get past me and Mr. Lassiter so that she could attack the Victim. The Counselor's Office was also a confined space where the Student could reach for items that could be used as a weapon, so Mr. Lassiter and I soon decided that we needed to take the Student to a different location.

6. We tried to escort the Student out of the Counselor's Office and out the front entrance of the school building. The front entrance is very close to the Counselor's Office and we attempted to hold the Student under each arm to safely escort her out. Again, she continued to violently resist, making it difficult to stay balanced and in control.

7. As we were moving through the double doors of the main entrance, Mr. Lassiter and I continued to hold the Student under each arm, in a CPI hold. She continued to violently resist and shout threats of violence against the Student. As we approached the interior double doors, the Student leaned on Mr. Lassiter and me and kicked her feet off the door frame, which knocked Mr. Lassiter and I off balance and momentarily lost control of her. We retained control and had to pull her through the interior door.

8. Then, as we approached the exterior double doors, the Student pulled towards the wall adjacent to the exterior door. At the same time, I saw Mr. Lassiter turn and push his back against the push bar to open the exterior door. I stumbled a bit as the door opened, and I leaned into the Student, and Mr. Lassiter pulled the Student through. The Student then accidentally tripped and fall through the doorway.

9. I noticed that the Student's shoe had come off in the doorway and Mr. Lassiter

returned it to her by tossing it next to where she was seated on the ground and he then closed the door to the main entrance.

10. It was clear to me that the Student was not injured by the fall. She sat on the curb for a moment, and then quickly got back up and began kicking and hitting the closed door while continuing to scream about the Victim. By that time, the police had been called and they showed up shortly thereafter.

11. I certainly did not intend for the Student to fall to the ground and I do not believe Mr. Lassiter did either. It was very difficult to maneuver the Student to a safe location while she was vigorously fighting against us with all of her strength. I tried to keep her in a CPI hold, but she broke free and it was difficult to reestablish control.

12. Moreover, I have reviewed the video footage, and I do not think it illustrates how the Student's violent resistance caused Mr. Lassiter and I to lose balance, and how we struggled to reestablish control as we moved through the interior and exterior doors of the main entrance. This was not a "controlled" movement for either of us, but I believe we tried our best to remove the Student from an area where she could attack the Victim. I knew that if the Student broke free, she would resume her attack on the Victim and, for the safety of our students, I had to prevent that from happening.

13. In my experience working with Scott Lassiter, he has been consistently professional and good to work with. While we needed to restrain the Student and remove her from an area where she was a risk to other students, I do not believe that Mr. Lassiter would intentionally push the Student.

[REMAINDER OF THE PAGE INTENTIONALLY LEFT BLANK]

Pursuant to N.C. Gen. Stat. § 7A-98, I declare under penalty of perjury under the laws of North Carolina that the foregoing is true and correct.

Anthony Dickerson

09/25/25

Date



320437183v1