**From:** State Board of Education
**To:** Perry Aaron Staff - HumanResources
**Subject:** Licensed Educator Misconduct Report
**Date:** Friday, September 13, 2024 5:45:07 PM

CAUTION: This email originated from outside of the organization! Proceed with caution!

Dear Perry Aaron:

Your Licensed Educator Misconduct Report for **Scott Riley Lassiter** has been received by the State Board of Education and the Department of Public Instruction. If you need to provide additional information or have questions regarding this report, please contact Joan Champagne at joan.champagne@dpi.nc.gov.

Thank you for your commitment and dedication to North Carolina public schools!

---

**Recipient Data:**
**Time Finished:** 2024-09-13 17:44:55 EDT
**IP:** 174.99.100.211
**ResponseID:** R_7eEmnARhSlgNEG7
**Link to View Results:** Click Here
**URL to View Results:** https://ncdpi.pdx1.qualtrics.com/apps/single-response-reports/reports/NVKHd3zuKlPEslG9cG6UPYi8qnYzba9BL-h%2EMaWi1tpgpY%2EfbM6mrHn%2Eva9t0Q69z3nxS7nRqdkmQ4zlNgLcC5UIyXQK3itdS4Ibwhh7g8kLYMggJsOqGuu5ky0DWxmE9oLw39WcWBu2nevg7gp8%2E5rBa9qu7wU%2E-YYPoZFrSXfuRt7ju8URM7%2E7gBjdLHfkT0kX38DLOZsEU5sQVikAMlLBCxygDUY3sSYgaKXUolFYTXKdGb8bk70BjTIsPJn4xX1WfaIlZEJrHz6GJ9F9yCo-3LlxcbcJKA86GAliZWI54HremYLac5Yft7cpm3GFfP9u5YWojW1POzS0lh81AA

---

**Response Summary:**

Identify the type of public school for which you are submitting this report.
City or county school district

Select your school district from the list below
Wake County Public School System

Name
Perry Aaron

Professional Title
Senior Administrator

Email
paaron@wcpss.net

Phone Number
9195337257

Name Include the educator's full name and any known aliases, including maiden names.
Scott Riley Lassiter

License Number
1130318

Personal Email
slassiter@wcpss.net

Personal Phone Number
9197494259

Home Address
209 Ronaldsby Drive, Cary NC 27511

Most Recent School Assignment
Connections Academy

Most Recent Position Include grade level and subject matter of instruction.
Assistant Principal

Did the educator have any athletic coaching responsibilities?
Unknown

Employment Status
The employee has been suspended **WITH** pay due to the suspicion that the employee may have engaged professional misconduct.

First Date of Employment
09/21/2010

Is the educator still employed by your PSU?
Yes

Description of the Allegations
Mr. Lassiter along with another employee pushed a student out of a building door causing her to fall on the ground. He then threw the student's show, which fell off, in the direction of the student.

Have the allegations been referred to law enforcement?
Yes

Please provide the contact information for the investigating agency and officer(s) if known.
Unknown at this time

Exhibit
E

Has the employee been formally charged with a crime?
Unknown

Summary of Attached Documents
N/A

Check the appropriate box below.
The PSU investigation is ongoing and additional reports or documentation may be provided at a later date.

The Superintendent's investigation of this matter may involve a meeting with the educator you have reported. Do you have any concerns with the Superintendent sharing the information and documents in this report with the educator as part of that meeting?
No

Certification I hereby certify that, to the best of my knowledge, the information provided in this report is true, accurate, and complete. I understand that completion and submission of this form does not relieve me of any duty to report child abuse to the appropriate social services or law enforcement agency, or any other duty imposed by law or by an occupational licensing body. This form is submitted on behalf of all individuals who may have reporting obligations under G.S. 115C-326.20, 16 NCAC 06C .0608, or SBE Policy LICN-007 regarding the matters discussed herein.
https://ncdpi.az1.qualtrics.com/WRQualtricsControlPanel/File.php?F=F_1Ny1Znq4gS5dn91