# DECLARATION OF JANE DOE

I, Jane Doe, being first duly sworn, declare and state as follows:

1. I am making this Declaration anonymously because I fear that what I am about to say will result in repercussions and/or retaliation from the Wake County Public School System ("WCPSS").
2. I began working for the WCPSS many years ago.
3. Although I never worked with Dr. Scott Lassiter at the Connections Academy Middle School, I, like most employees of the WCPSS, was familiar with both the May 22, 2024 altercation at the school and Dr. Lassiter's run for political office.
4. While I was working in the WCPSS I never heard anything overtly derogatory about Dr. Lassiter, however, I did sense a general dislike of his political affiliation and outspokenness on security issues at the various schools.
5. From what I overheard it was my distinct impression the people in authority were firmly supporting Dr. Lassiter's opponent in the political contest - a lady referred to as " Lisa G", I believe, who was a friend of those people.
6. From what I overheard it was my distinct impression Dr. Lassiter was singled out for punishment for his actions in the May 22, 2024 altercation but mostly because of his political race and his constant complaints about the lack of security and safety measures in the schools.
7. From my personal observations the schools in the WCPSS had many violent incidents involving the students.

Exhibit F

8. The teachers and principals did their best with the students but some tolerated the violence and others involved themselves in the incidents but never received any form of punishment or reprimand. So, I was surprised at Dr. Lassiter's suspension and firing.

9. During my time at the WCPSS I never heard of a principal or assistant principal being reported to the State DPI for misconduct so I was again surprised when I heard that Dr. Lassiter was reported especially since from what I was told he did nothing more but try to defuse the situation involving an out of control student threatening to harm another student.

10. I do not want to be a part in any way with Dr. Lassiter's lawsuit, but I do think it important for certain facts to come out because I, like a lot of my colleagues at the WCPSS, feel that Dr. Lassiter has been treated unfairly.

FURTHER DECLARANT SAYETH NOT.

This the 25 day of 08, 2026.

[signature]

Jane Doe