STATE OF NORTH CAROLINA
COUNTY OF WAKE

**CONFIDENTIAL PERSONNEL AGREEMENT**

I, **Scott Lassiter**, being fully aware of my rights as a citizen of the United States and the State of North Carolina, and as a "school administrator" as defined in North Carolina General Statutes §115C-287.1, and as an assistant principal at Connections Academy in the Wake County Public School System, hereby voluntarily enter into the following Agreement concerning my employment with the Wake County Board of Education (referred to herein as "Board" and "school system"):

1. I agree to and do hereby voluntarily resign from employment with the school system effective at the end of the day on November 5, 2024. I affirm that I am freely, voluntarily, and irrevocably resigning from my position as an employee of the Wake County Public School System. The Superintendent's designee agrees to and does hereby accept my resignation.

2. I have requested and the Superintendent's designee has approved my request to use annual leave or other eligible accrued leave from October 7, 2024 up through the date of my resignation, with the understanding that if I begin employment with another North Carolina school system or a public entity that participates in the Teacher and State Retirement System prior to my resignation date, I will notify the Superintendent's designee and my paid status will terminate and my resignation will be effective on the date I begin my employment with the other North Carolina school system or public entity.

3. Effective at the start of my leave on October 7, 2024, the Superintendent's designee agrees to remove from my official central office personnel file the letter from Dr. Anthony Muttillo dated September 5, 2024.

4. In response to any inquiries that the school system receives about my employment status after the close of business on October 4, 2024, and prior to my resignation, the school system agrees to respond that I am in "active" status. Should the school system receive any media inquiries regarding my encounter with a student on May 22, 2024, and/or the school system's review of that incident, the school system agrees to respond that it has no further comment and/or that personnel and student information is confidential under law. Notwithstanding the foregoing, nothing in this Agreement should be construed as impairing the school system from complying with its legal obligations.

5. Regarding any affirmative statements or responses to any inquiries that I receive about an incident involving an encounter I had with a student on May 22, 2024, and/or the school system's review of that incident, I agree to respond or state only that "the matter is closed, and I have no further comment." Notwithstanding the foregoing, the Superintendent's Designee agrees that it shall not be deemed a violation of this paragraph if I respond to any new allegations made against me in the media regarding the events of May 22, 2024, provided that my response is not disparaging of the Wake County Public School System, its board members, or employees, and that my response also maintains confidential student information and other employees' confidential personnel information. I further understand that nothing in this Agreement prevents the school system from exercising its rights pursuant to G.S. 115C-321(b) should my responses or those of my authorized agents contain inaccuracies.

Exhibit G

6. I accept that a copy of this Agreement will be placed in my personnel file.

7. I agree to promptly return to the school system, no later than one week from the date of the execution of this agreement, all school system property, including but not limited to any school system records, laptop, keys, identification badges, or other property; the Superintendent's Designee agrees that I will be able to retrieve my personal belongings from Connections Academy within that same period of time at a mutually agreeable time.

8. I agree that the consideration set forth in this Agreement constitutes a complete and final settlement of any and all claims I have had, now have, or may have up to the date of this Agreement against the Wake County Board of Education and/or its members, agents, or employees, including but not limited to any actual or potential claims arising out of or connected with my employment or separation from employment based on any alleged violations of the state or federal constitution, state or federal statutes or regulations, state or federal case law, school system policies or procedures, or any other laws, regulations, or policies, and specifically including any claims alleging wrongful or constructive discharge, discrimination, and/or retaliation (such as claims under the North Carolina Whistleblower Act). I specifically waive any right to contest the terms of this Agreement.

9. I acknowledge that this Agreement is supported by mutual and adequate consideration.

10. I am entering this Agreement freely, knowingly, and voluntarily, having had adequate time to review the Agreement and to consider its advantages, disadvantages, and future consequences, after consulting with my attorney.

11. I acknowledge that no promises or inducements have been made to me that are not specifically set out in this Agreement.

12. The Superintendent's Designee and I agree that scanned, faxed, and/or electronically transmitted copies of this Agreement will have the same validity and force as an original, and that scanned, faxed, or electronic signatures shall be deemed original signatures for purposes of this Agreement and given the same legal effect as original signatures.

This document constitutes the entire Agreement between myself, **Scott Lassiter**, and the Wake County Board of Education, effective this 6th day of October, 2024.

[signature]

**Scott Lassiter,** Employee of the Wake
County Board of Education
Employee ID#: 147753

**ACCEPTED FOR** and on behalf of the Wake County Board of Education this 6th day of October, 2024.

[signature]

**Anthony J. Muttillo**
Assistant Superintendent for Human Resources
*Superintendent's Designee*