**WAKE COUNTY**
**PUBLIC SCHOOL SYSTEM**

**Human Resources**
**Employee Relations**
Crossroads III
111 Corning Rd, Ste 290
Cary, NC 27518

PHONE: 919-533-7271
FAX: 919-589-6203

November 18, 2024

VIA EMAIL

[redacted]

Dear Ms. [redacted]:

As you know, Human Resources – Employee Relations has been reviewing your allegations that on May 22, 2024, Scott Lassiter, an assistant principal at Connections Academy Middle School, had a negative physical interaction with your daughter, [redacted]. Specifically, you alleged that Mr. Lassiter swung [redacted] by her arm, causing her to fall to the ground while removing her from the school.

The Wake County Public School System conducted a thorough review of this matter that included gathering information, viewing school surveillance video, and talking to people with knowledge of these matters, including a meeting between you, [redacted], and Jerry Griffith, Senior Administrator of Employee Relations, on September 20, 2024.

While the details of our review are confidential, please know that we took these allegations seriously and that appropriate action was taken to address the concerns.

Thank you for your cooperation and patience while this matter was reviewed. Should you have further questions or concerns, please address those in writing to my attention.

Sincerely,

Anita W. Alpenfels

Anita W. Alpenfels, Ed.D
Interim Senior Director of Employee Relations

c: Janet Perkins, Principal – Connections Academy Middle School
Jerry Griffith, Senior Administrator – Employee Relations

Exhibit H