**Response Summary:**

# Licensed Educator Misconduct Reporting Form

Pursuant to SBE Policies GOVR-005 and LICN-007, the State Board of Education has delegated its authority related to professional educator licensure, including its authority to suspend or revoke licenses, to the Superintendent of Public Instruction. The Superintendent is charged with investigating allegations of conduct by a licensed professional educator that could justify disciplinary action against that educator's license for the reasons set forth above.

**PSU administrators are required by law to report certain types of professional misconduct by a licensed employee to the Superintendent.** See SBE Policy LICN-007, Section VIII, and G.S. 115C-326.20.

1. Any PSU administrator who knows, has reason to believe, or has actual notice of a complaint that a licensee has engaged in conduct that justifies automatic revocation of a license under G.S. 115C-270.35(b); conduct that has resulted in a criminal charge or indictment for any of the crimes listed in G.S. 115C-270.35(b); or conduct involving the physical or sexual abuse of a child or a student, must report the misconduct to the Superintendent within 5 calendar days of the licensee's dismissal, suspension with or without pay, or acceptance of the licensee's resignation. "Physical abuse" means the infliction of physical injury other than by accident or in self-defense. "Sexual abuse" means any sexual contact with a child or student, regardless of the presence or absence of consent.
2. If the licensee has been dismissed, demoted, or resigned as a result of conduct that is not covered by the previous provision but that may otherwise justify disciplinary sanctions against the employee under SBE Policy LICN-007, the PSU must report it to the Superintendent within 30 calendar days.

All required reports should be submitted using this form and include any supporting documentation. **Pursuant to N.C.G.S. § 115C-13, the SBE is an authorized recipient of confidential personnel records held by local boards of education, their officers, and their employees.**

Additional information regarding the disciplinary process for licensed educators can be found on the DPI Website.

*This form was last revised on September 30, 2024.*

**Q1. Identify the type of public school for which you are submitting this report.**
- City or county school district

**Q2. Select your school district from the list below**
- Wake County Public School System

# Reporting Party Information

Please include the following information for the person completing this form.

**Q7. Name**
Jerry Griffith

**Q8. Professional Title**
Senior Administrator for Employee Relations

**Q9. Email**
jgriffith@wcpss.net

**Q10. Phone Number**
919-533-7223

Exhibit I

# Licensed Educator Information

*Please include the following information for the licensed professional educator who you are reporting, including the educator's last know contact information. Please provide **personal contact information** to the extent known—**DO NOT** provide the educator's work email address or phone number, as the educator will not have access to them following termination or resignation.*

**Q19. Name**
***Include the educator's full name and any known aliases, including maiden names.***
Scott Riley Lassiter

**Q21. License Number**
1130318

**Q22. Personal Email**
slassiter@wcpss.net

**Q23. Personal Phone Number**
9197494259

**Q24. Home Address**
209 Ronaldsby Drive, Cary NC 27511

**Q25. Most Recent School Assignment**
Connections Academy

**Q26. Most Recent Position**
***Include grade level and subject matter of instruction.***
Assistant Principal

**Q27. Did the educator have any athletic coaching responsibilities?**
- Unknown

**Q29. Employment Status**
- The employee has resigned either during or immediately following an investigation into allegations of professional misconduct.

**Q30. First Date of Employment**
09/21/2010

**Q45. Is the educator still employed by your PSU?**
- No

**Q31. Last Date of Employment**
11/05/2024

# Report Details

**Please provide as much information and evidence with this report as possible**, include exact dates, locations, and names of the parties involved, where known. Names of minors may be included in confidential reports to the State Board of Education but will **not** be used in any subsequent disciplinary orders or notices issued by Superintendent.

**Include any of the following documentation where applicable and available.** You may upload supporting documents on the next page.

- Investigative notes and records of school personnel (clearly indicate the date, author, and general subject matter of any notes).
- Statements by witnesses or other parties involved with the allegations (clearly indicate who provided the statement, their role in the matter, and the date the statement was made).
- Formal notices of disciplinary action provided to employee (including notices of suspension, intent to recommend termination, or final termination by the PSU governing authority).
- Records of disciplinary action by the PSU governing authority (e.g., resolution of dismissal by the local board of education).
- Documentation of prior disciplinary action against the employee, even if unrelated to the allegations described in this report.
- Any criminal records, including warrants for arrest, indictments, or evidence of other court proceedings (PSUs are not expected to seek out this information independently, but should report it if they have it).
- Any statements, notices of resignation, or other evidence provided by the employee in the course of the PSU's investigation.
- Video or audio recordings (contact SBE Office of General Counsel for instructions on how to deliver).
- Any other relevant evidence.

**Q32. Description of the Allegations**
Mr. Lassiter, along with another employee, pushed a student out of a building door causing her to fall on the ground. He then threw the student's shoe, which had fallen off, in the direction of the student.

**Q35. Have the allegations been referred to law enforcement?**
- Yes

**Q37. Please provide the contact information for the investigating agency and officer(s) if known.**
Cary PD

**Q36. Has the employee been formally charged with a crime?**
- No

# Supporting Documents

*You may upload up to six files below. If you have more than six files, please send additional files to Joan Champagne at joan.champagne@dpi.nc.gov.*

**Q11. Supporting Documents**
N/A

**Q13. Supporting Documents**
N/A

**Q14. Supporting Documents**
N/A

**Q15. Supporting Documents**
N/A

**Q16. Supporting Documents**
N/A

**Q18. Supporting Documents**

N/A

**Q34. Summary of Attached Documents**

N/A

**Q42. Check the appropriate box below.**

- The PSU has closed its investigation into this matter and included all relevant evidence and documentation with this report.

**Q43. The Superintendent's investigation of this matter may involve a meeting with the educator you have reported. Do you have any concerns with the Superintendent sharing the information and documents in this report with the educator as part of that meeting?**

- No

# Q39. Certification

**I hereby certify that, to the best of my knowledge, the information provided in this report is true, accurate, and complete. I understand that completion and submission of this form does not relieve me of any duty to report child abuse to the appropriate social services or law enforcement agency, or any other duty imposed by law or by an occupational licensing body.**

**This form is submitted on behalf of all individuals who may have reporting obligations under G.S. 115C-326.20, 16 NCAC 06C .0608, or SBE Policy LICN-007 regarding the matters discussed herein.**



**Q46. Date Final Decision Issued**
***(MM/DD/YYYY)***

11/14/2024

## Embedded Data:

N/A