LETTER OR RECOMMENDATION

March 17, 2025

To Whom It May Concern,

It is with the highest degree of confidence and enthusiasm that I write this letter of recommendation for Dr. Scott Lassiter. Having observed Dr. Lassiter in my first year in the Wake County Public School System, I can state unequivocally that he possesses the qualities, expertise, and resilience necessary to excel in any leadership role.

Throughout his decade plus tenure in Wake County, Dr. Lassiter demonstrated an unwavering commitment to educational excellence, student achievement, and operational effectiveness. As a leader, he consistently stepped forward in challenging circumstances to make decisive, student-centered decisions, tackle complex issues,and implement innovative instructional strategies.

Dr. Lassiter is not only an instructional leader but a visionary educator who understands how to bridge policy with practice. He has an innate ability to assess instructional needs, design effective interventions, and create sustainable improvement strategies that enhance both teacher effectiveness and student success. His deep understanding of curriculum, pedagogy, and assessment—paired with a strong ability to motivate staff and students—has led to measurable gains in student performance and school climate.

One of Dr. Lassiter's greatest strengths is his ability to cultivate and maintain meaningful relationships with a wide range of stakeholders. From parents and teachers to community leaders and policymakers, he has the rare ability to engage, collaborate, and bring people together to work toward a shared vision.

Dr. Lassiter played a pivotal role in the district's founding of Connections Academy, a program that has been instrumental in supporting students and families who needed a second chance the most. Even during the most challenging times, he remained steadfast in his mission to provide high-quality education and critical support to students facing unique struggles. His leadership in this initiative has had a profound and lasting impact on countless families, ensuring that they had access to the resources and guidance necessary for success.

I offer my strongest endorsement for his employment in WCPSS or any other leadership role where his skills, experience, and dedication to public service can make a lasting impact. Please do not hesitate to contact me by email at robertpernellltaylor@gmail.com or by phone at 919-999-6676, should you require further insights regarding Dr. Lassiter's qualifications and contributions.

Sincerely,

Robert P. Taylor

Dr. Robert P. Taylor
Superintendent
Wake County Public School System

Exhibit
J