J. Christopher Heagarty
Chair, Wake County Board of Education
chris.heagarty@gmail.com | (919) 345-2787

February 23, 2025

To Whom It May Concern,

I am pleased to provide this letter of recommendation for Dr. Scott Lassiter. I have known Dr. Lassiter in his professional role as an Assistant Principal in Wake County Public Schools and through his work in our greater Wake County Community. I have the privilege of serving on and chairing the Wake County Board of Education and got to know Dr. Lassiter through his exceptional work as an assistant principal in multiple settings, and I consider him to be a highly skilled professional with capabilities well suited for leadership positions in both educational and business administration and management

I believe Dr. Lassiter has demonstrated a keen ability to build a positive culture and climate has consistently led to increased outcomes for employees and students as measured by various data. Additionally, he's received positively by families and students served even during difficult circumstances. In his most recent role with our system as the founding assistant principal of our newest alternative middle school, Connections Academy, he did a masterful job of bringing people together and building trust in our institution through meaningful collaboration. He played an instrumental role in building a first class school that served as a second chance for hundreds of highly vulnerable students over his tenure.

Let me be clear, the student population served by Connections Academy comes to the school with many challenges and Dr. Lassiter had the responsibility for asserting leadership in many difficult situations that might have deterred some staff from working there. However, he not only took on this role, he excelled in it for many years, recognized by his peers and loved by his students.

One of Dr. Lassiter's greatest strengths is his ability to build and maintain strong relationships. His ability to effectively communicate, collaborate, and navigate policy and compliance matters makes them an invaluable asset to any organization. Additionally, his experience in oversight, professional development, and strategic planning highlights his ability to manage and optimize programs.

Beyond his general professional capabilities, Dr. Lassiter is a leader who fosters a culture of innovation, inclusivity, and continuous improvement. His work ethic, adaptability, and commitment to excellence make them a standout candidate for leadership roles.

I highly recommend Dr. Scott Lassiter for any opportunity that could benefit from his leadership skills, whether back in Wake County or elsewhere, and I will welcome you to contact me should you require any further information.

Sincerely,

J. Christopher Heagarty
Chair, Wake County Board of Education

Exhibit K