Mr. Tyler Swanson
Vice Chairman, Board of Education
Wake County Public Schools
5625 Dillard Drive
Cary, NC 27518

January 11, 2025

It's my honor to offer my highest recommendation for Dr. Scott Lassiter for reemployment in an administrative role within our Wake County Public School System. Over the past five years, I have witnessed his steadfast commitment to teaching, learning, and student success. As the founding assistant principal at Connections Academy, a school I proudly represent on the board of education, Dr. Lassiter has consistently demonstrated the transformational leadership necessary to foster excellence among both staff and students.

Dr. Lassiter is a passionate advocate for students from traditionally marginalized communities, forging meaningful relationships that holistically support the development of students and their families. His ability to balance instructional leadership with empathy, compassion, and discipline is precisely what our school system needs to thrive. I can personally attest to his proven record of creating positive and effective school environments.

While Dr. Lassiter stepped away from his role at Connections Academy to pursue other leadership opportunities to better serve his community, his skills, knowledge, and extensive experience are invaluable assets to achieving our district's strategic vision. With 15 years of dedicated service to the students, families, and educators in our community, his contributions in multiple leadership roles have been far-reaching, and his absence is deeply felt.

I strongly recommend Dr. Lassiter for a position within your team. He is a hardworking, results-driven professional with a genuine passion for educational excellence. I have complete confidence in his ability to exceed expectations and make a lasting impact.

Thank you for your time and consideration. Should you have any questions, please feel free to contact me.

Sincerely,

Tyler Swanson
WCPSS Board of Education
Vice Chair, District 9
(336) 317-3586
swanson.tyler@gmail.com

Exhibit
L