**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**
**5:26-cv-00590-D-RN**

| | | |
|---|---|---|
| SCOTT LASSITER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **PLAINTIFF'S** |
| v. | ) | **RESPONSE TO DEFENDANT'S** |
| | ) | **MOTION TO DISMISS** |
| WAKE COUNTY BOARD OF EDUCATION, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

NOW COMES Plaintiff Scott Lassiter, by and through undersigned counsel, and hereby responds to Defendant's Motion to Dismiss for Failure to State a Claim [DE 7] and Memorandum in Support [DE 8] with Plaintiff's First Amended Complaint [DE 9] filed this same date.

Respectfully submitted this the 28th day of September 2026.

**EDMISTEN & WEBB LAW**

*/s/ William Woodward Webb*
William Woodward Webb
NC State Bar #4624
118 St. Mary's Street
2nd Floor
Raleigh NC 27605
woodywebb@ew-law.com
(919) 831-8700

## CERTIFICATE OF SERVICE

The undersigned attorney has this date served the foregoing ***Response to Motion to Dismiss*** upon the following parties via the CM/ECF System of the United States District Court for the Eastern District of North Carolina:

Colin A. Shive
cshive@tharringtonsmith.com
THARRINGTON SMITH, LLP
150 Fayetteville Street
Suite 1900
P.O. Box 1151
Raleigh, NC 27602

This the 28th day of September 2026.

**EDMISTEN & WEBB LAW**

*/s/ William Woodward Webb*
William Woodward Webb
NC State Bar #4624
118 St. Mary's Street
2nd Floor
Raleigh NC 27605
woodywebb@ew-law.com
(919) 831-8700